**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

United States of America

v.

## CHRISTOPHER HAWKINS

*Defendant*

Case No. **20 MJ 1524**

### WAIVER OF PERSONAL PRESENCE AT HEARING

I, **Christopher Hawkins** , Defendant, understand that I am scheduled for

a **initial** hearing on **April 20, 2021** .

*nature of hearing* · · · · · · · · · · · · · · · *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to

appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 4-20-21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**BUCK GLANZ, AFPD**
_____
*Printed name of defendant's attorney*

buck_blanz@fd.org
_____
*Defendant's attorney's e-mail address*